UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| LOEWE, S.A.,<br><br>*Plaintiff*<br><br>v.<br><br>AIOLOC, CAINIAOYIHAO, DERRSOY, E-GORGEOUS JEWELRY, EIPRON, GTCEX CUSTOM, GUKOUQI, HUIHUANG GROUP, KUAILEFENGCHE, LUCKY LILI, POPSEWING, QIFUUS, SLS STORE, WENLING CITY QITIAN E-COMMERCE CO., LTD., YIM YUAN, YUYUZHONGYAN and ZHENGZHOUMIANJIEHULIANWANGKEJIYOUXIAN GONGSI,<br><br>*Defendants.* | 24-CV-8872 (VEC)<br><br>ORDER |

WHEREAS on November 22, 2024, this Court entered a temporary restraining order in this matter;

WHEREAS on December 2, 2024, Plaintiff served the Summons, Complaint, temporary restraining order, and all papers filed in support of its application on each Defendant, except for Defendant XBD Walkie Talkies, who has since been dismissed;

WHEREAS on December 6, 2024, the Court held a hearing at which, pursuant to the Court's November 22, 2024, Order, Defendants were required to show cause why a preliminary injunction should not issue; and

WHEREAS no Defendant filed a notice of appearance in this matter or appeared at the December 6, 2024, hearing.

IT IS HEREBY ORDERED that, not later than **Friday, February 21, 2025**, Plaintiff must move for an order to show cause why default judgment should not be entered against all

Defendants who have not appeared by such date, in accordance with this Court's Individual Practices. If Plaintiff does not move for an order to show cause by such date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Date:  **December 6, 2024**
      **New York, New York**

            **VALERIE CAPRONI**
            **United States District Judge**