Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff
Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A., *Plaintiff* <br><br> v. <br><br> AIOLOC, *et al.*, *Defendants* | **CIVIL ACTION No.** <br> **24-cv-8872 (VEC)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Loewe, S.A. ("Loewe" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant XBD Walkie Talkies in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: December 16, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**EPSTEIN DRANGEL LLP**

　　　　　　　　　　　　　　　　　　BY:   /s/ Gabriela N. Nastasi
　　　　　　　　　　　　　　　　　　　　　 Gabriela N. Nastasi
　　　　　　　　　　　　　　　　　　　　　 gnastasi@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　 EPSTEIN DRANGEL LLP
　　　　　　　　　　　　　　　　　　　　　 60 East 42nd Street, Suite 1250
　　　　　　　　　　　　　　　　　　　　　 New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　 Telephone:    (212) 292-5390
　　　　　　　　　　　　　　　　　　　　　 Facsimile:     (212) 292-5391
　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　 *Loewe, S.A.*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　 HON. VALERIE E. CAPRONI
　　　　　　　　　　　　　　　　　　United States District Judge