Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff
Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A.,<br>*Plaintiff*<br><br>v.<br><br>AIOLOC, *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**24-cv-8872 (VEC)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Loewe, S.A. ("Loewe" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant sls store in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: December 18, 2024                              Respectfully submitted,

                                                     **EPSTEIN DRANGEL LLP**


                                             BY:   /s/ Gabriela N. Nastasi
                                                   Gabriela N. Nastasi
                                                   gnastasi@ipcounselors.com
                                                   EPSTEIN DRANGEL LLP
                                                   60 East 42nd Street, Suite 1250
                                                   New York, NY 10165
                                                   Telephone:   (212) 292-5390
                                                   Facsimile:   (212) 292-5391
                                                   *Attorneys for Plaintiff*
                                                   *Loewe, S.A.*

**It is so ORDERED.**

Signed at New York, NY on_____   ___, 2024.


                                             _____
                                              HON. VALERIE E. CAPRONI
                                             United States District Judge