Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A., *Plaintiff* v. AIOLOC, *et al*., *Defendants* | CIVIL ACTION No. **24-cv-8872 (VEC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Loewe, S.A. ("Loewe" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant XBD Walkie Talkies in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: December 16, 2024 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**EPSTEIN DRANGEL LLP**

　　　　　　　　　　　　　　　　　　　　BY:　 /s/ Gabriela N. Nastasi
　　　　　　　　　　　　　　　　　　　　　　　Gabriela N. Nastasi
　　　　　　　　　　　　　　　　　　　　　　　gnastasi@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　　　EPSTEIN DRANGEL LLP
The Clerk of the Court is respectfully directed 　　　60 East 42nd Street, Suite 1250
to terminate XBD Walkie Talkies as a 　　　　　　New York, NY 10165
Defendant in this case.  All other Defendants 　　Telephone:　(212) 292-5390
remain in the case. 　　　　　　　　　　　　　　Facsimile:　(212) 292-5391
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　*Loewe, S.A.*

**It is so ORDERED.**

Signed at New York, NY on December 18, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. VALERIE E. CAPRONI
　　　　　　　　　　　　　　　　　　　　　United States District Judge