UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A.,<br><br>                                        *Plaintiff*<br><br>v.<br><br>AIOLOC, CAINIAOYIHAO, DERRSOY, E-GORGEOUS JEWELRY, EIPRON, GTCEX CUSTOM, GUKOUQI, HUIHUANG GROUP, KUAILEFENGCHE, LUCKY LILI, POPSEWING, QIFUUS, SLS STORE, WENLING CITY QITIAN E-COMMERCE CO., LTD., YIM YUAN, YUYUZHONGYAN and ZHENGZHOUMIANJIEHULIANWANGKEJIYOUXIAN GONGSI,<br><br>                                      *Defendants*. | 24-CV-8872 (VEC)<br><br>ORDER |

IT IS HEREBY ORDERED that this case is CLOSED. The Clerk of the Court is respectfully directed to terminate the case and any open motions.

**SO ORDERED.**

**Date:  April 22, 2025**
**        New York, New York**

_____
          **VALERIE CAPRONI**
          **United States District Judge**

1